HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GARRETT SMITH, | CASE NO. C20-5319RBL |
| Petitioner, | ORDER |
| v. | |
| J COLEMAN, | |
| Respondent. | |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 10], recommending denial of Petitioner's motion to amend the §2254 habeas petition, and dismissal with prejudice. Petitioner Smith has objected.

(1) The Report and Recommendation is **ADOPTED**;

(2) Smith is not given leave to amend the First Petition. His Second Petition (Dkt. 9) is the "functional equivalent" of a second or successive petition. The case is **DISMISSED**.

(3) For the reasons articulated in the R&R, the Court will **NOT** issue a Certificate of Appealability; and

1    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. J. Richard

2  Creatura.

3    IT IS SO ORDERED.

4    Dated this 12th day of August, 2020.

5

6    _____

7    Ronald B. Leighton
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2